NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE WAYNE HORLEY, JERRY EVANS, AND RICHARD JACKSON**

---

2013-1145
(Serial No. 11/250,922)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Wayne Horley, Jerry Evans, and Richard Jackson move without opposition to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

IN RE WAYNE HORLEY                                                    2

                              FOR THE COURT


                               /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s21

Issued As A Mandate:  March 26, 2013